**James Alan JENKINS, Appellant**

v.

**The STATE of Texas**

**NO. PD-0832-15**

Court of Criminal Appeals of Texas.

Delivered: June 14, 2017

George McCall Secrest Jr., Houston, for Appellant.

Jon Rodney Meador, Stacey Soule, Austin, for the State of Texas.

Per Curiam.

We granted the State's petition for discretionary review to determine whether the court of appeals was correct in holding that the evidence at trial raised the affirmative defense of mistake of law and in holding that appellant was harmed by the trial court's failure to submit the affirmative defense. Having examined the record and briefs and listened to the parties' arguments, we conclude that our decision to grant review was improvident. We therefore dismiss the State's petition for discretionary review as improvidently granted.

Keel, J., dissented.

Richardson and Newell, JJ., not participating.